UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT MICHAEL ARDIS,

    Petitioner,

v.                                  Case No. 3:17cv11-MCR-CJK

KAREN SPECIE, United States
Bankruptcy Judge,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on petitioner's "Motion and/or Notice for Voluntary Withdrawal." (Doc. 5). Petitioner indicates that "he wishes to withdraw the matters involved in Case Number: 3:17cv11-MCR-CJK, and he wishes that those matters be dismissed and/or closed." Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action should be dismissed without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1.    That this action be DISMISSED WITHOUT PREJUDICE.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 3rd day of March, 2017.

                                                  /s/ *Charles J. Kahn, Jr.*
                                                  **CHARLES J. KAHN, JR.**
                                                  **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:17cv11-MCR-CJK