# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROBERT MICHAEL ARDIS,

    Petitioner,

v.                                  CASE NO. 3:17cv11-MCR-CJK

KAREN SPECIE, United States
Bankruptcy Judge,

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 3, 2017.  ECF No. 6.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of April, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**